IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY | § § | |
| VS. | § § | ACTION NO. 4:19-CV-00144-Y |
| UNITED STATES OF AMERICA, ET AL. | § § § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING MAGISTRATE JUDGE'S DECISION, AND REQUIRING FILING FEE

On February 19, 2019, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case (doc. 5). In the findings, the magistrate judge recommended that the Court deny plaintiff Edward Thomas Kennedy's motion to proceed in forma pauperis. (R&R (doc. 5) 2.) Plaintiff timely filed objections in March 2019. (Pl.'s Obj. (doc. 7).)

After review, the Court concludes that Plaintiff's objections should be OVERRULED and the findings should be, are hereby, ADOPTED as the findings and conclusions of the Court for the reasons stated therein.

Accordingly, Plaintiff's motion to proceed in forma pauperis is DENIED. (Pl.'s Mot. to Proceed In Forma Pauperis (doc. 2).) If Plaintiff desires to pursue his claims, he shall pay to the clerk of the Court the filing and administrative fees of $400 no later than **August 14, 2019**. Failure to pay these fees will result in the dismissal of Plaintiff's case under Federal Rule of Civil Procedure 41(b).

SIGNED JULY 25, 2019

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER OVERRULING OBJECTIONS, ADOPTING R&R & REQUIRING FILING FEE--PAGE SOLO
TRM/jtl